**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

GARY LEE SMITH, *

Plaintiff, *

v. * Civil Action No.: 14-cv-03487-CCB

OFFICER J. AITA, et al., *

Defendants. *

* * * * * * * * * * * * *

## CONSENT MOTION FOR LEAVE TO DEPOSE INCARCERATED INMATE

Officer J. Aita, PFC J. Sander, PFC J. Dimare and PFC J. Burt, Defendants, by Karpinski, Colaresi & Karp, P.A. and E.I. Cornbrooks, IV, their attorneys, moves this Honorable Court, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, for leave to depose Plaintiff, who is currently incarcerated. In support thereof, Defendant submits the following:

1. Plaintiff, Gary Lee Smith #432339/332915, is currently incarcerated at Eastern Correctional Institute, 30420 Revells Neck Road, Westover, Maryland 21890.

2. Defendant seeks leave of Court to take the deposition of Plaintiff for discovery or use at trial, pursuant to the Federal Rules of Civil Procedure.

3. The deposition of a person confined in prison may be taken only with leave of court on such terms as the court prescribes. Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure; Miller v. Bluff, 131 F.R.D. 698, 699 (M.D. Pa. 1990).

4. The deposition of Plaintiff is necessary for preparation of the case for trial. Defendant cannot investigate and obtain corroborating or opposing facts as may be necessary with respect to Plaintiff's claims, nor can Defendant adequately prepare his defense unless Defendant has Plaintiff's testimony sufficiently in advance of trial to complete such preparation.

5. Eastern Correctional Institution has been contacted regarding the deposition of Plaintiff, and it has agreed to accommodate counsel, the stenographer, and the deposition, as required, pending approval of the Court.

6. Counsel for Plaintiff has stated that he consents to the relief requested.

WHEREFORE, Defendant respectfully requests this Honorable Court grant leave to depose Plaintiff.

Respectfully submitted,

KARPINSKI, COLARESI & KARP, P.A.

BY: /s/

E. I. Cornbrooks, IV, #28296
scornbrooks@bkcklaw.com
Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202
410-727-5000
*Attorney for the City of Salisbury Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2016, a copy of the foregoing Memorandum in Support of Defendants' Motion to Dismiss was electronically filed, with notice to:

Luke A. Rommel, Esquire
Rommel and Associates
108 West Main Street
Suite 2B
Salisbury, Maryland 21803
lrommel@rommelandassociates.com

_______________/s/_______________
Counsel for City of Salisbury Defendants